UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OLIVER UDEMBA )<br>)<br>Plaintiff, )<br>) Civil Action No. 1:05-cv-11161-RGS<br>v. )<br>)<br>CUMBERLAND FARMS, INC., and )<br>EMILE C. TAYEH )<br>)<br>Defendants. ) | |

## NOTICE OF APPEARANCE

Please take notice that Philip J. Moss, Esq. (BBO # 358020), of the law firm of Moon, Moss & Shapiro, P.A., Ten Free Street, P. O. Box 7250, Portland, Maine 04112-7250, hereby enters his appearance as counsel for Defendants Cumberland Farms Inc., and Emile C. Tayeh.

Dated: September 30, 2005

/s/ Philip J. Moss
Philip J. Moss, Esq. BBO# 358020
Moon, Moss & Shapiro, P.A.
Ten Free Street, P. O. Box 7250
Portland, ME 04112-7250
(207) 775-6001
pmoss@moonmoss.com

Attorneys for Defendants
Cumberland Farms, Inc. and Emile C. Tayeh