UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSSETTS

| | |
|---|---|
| OLIVER UDEMBA, )<br>)<br>        Plaintiff, )<br>v. )<br>)<br>CUMBERLAND FARMS, INC. )<br>AND EMILE C. TAYEH, )<br>)<br>Defendant. ) | CIVIL ACTION NO:  05CV 11161 RGS |

**DEFENDANT CUMBERLAND FARMS, INC.'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1 and LR 7.3, Defendant Cumberland Farms, Inc. ("CFI") states that it has no "parent corporations" and that no publicly held company owns 10% or more of the stock of CFI.

Dated:  October 14, 2005                                    CUMBERLAND FARMS, INC.

                                                                  By its Attorneys

                                                                  /s/ Philip J. Moss
                                                                  Philip J. Moss, Esq. BBO# 358020
                                                                  Moon, Moss & Shapiro, P.A.
                                                                  Ten Free Street, P. O. Box 7250
                                                                  Portland, ME 04112-7250
                                                                  (207) 775-6001
                                                                  pmoss@moonmoss.com