UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**OLIVER UDEMBA**

    **V.**                   **CIVIL ACTION NO. 05-11161-RGS**

**CUMBERLAND FARMS, INC., and**
**EMILE C. TAYEH**

# J U D G M E N T

**STEARNS, DJ.**                                    **JULY 5, 2006**

THIS COURT HAVING ALLOWED DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON JUNE 30, 2006,

IT IS HEREBY ORDERED: JUDGMENT IS ENTERED IN FAVOR OF THE DEFENDANTS, CUMBERLAND FARMS, INC., and EMILE C. TAYEH.

SO ORDERED.

                                            RICHARD G. STEARNS
                                            UNITED STATES DISTRICT JUDGE

              **BY:**

                         **/s/ Mary H. Johnson**
                            **Deputy Clerk**