UNITED STATES DISTRICT COURT
DISTRICT COURT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2006 JUL 31 A 9: 21

DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| OLIVER UDEMBA )<br>    Plaintiff, )<br>)<br>)<br>v.                       )<br>)<br>)<br>)<br>CUMBERLAND FARMS, INC. )<br>AND EMILE C. TAYEH    )<br>    Defendant.      )<br>_____ ) | CIVIL ACTION NO: 05CV 11161 RGS |

## PLAINTIFF'S MOTION TO GRANT TIME TO ENGAGE ANOTHER COUNSEL OF RECORD

Now comes the plaintiff Oliver Udemba, a citizen of the United States, in the above captioned matter, and respectfully requests the court to grant the plaintiff Oliver Udemba, at least 30 days or other amount of time as it pleases the court, to enable me to engage another counsel of record to represent me in this matter. As grounds therefore, I, as the plaintiff state as follows:

That my counsel of record, Aderonke O. Lipede, Esq., was negligent.

That the United States Equal Employment Opportunity Council, (EEOC) investigated the defendants and found "reasonable cause to believe that violations of the statutes occurred with respect to some or all of the matters alleged in the charge but could not obtain a settlement with the Respondent that would provide relief for" plaintiff Oliver Udemba.

That EEOC issued plaintiff Oliver Udemba "NOTICE OF RIGHT TO SUE".

I will suffer irreparable harm and justice will not be served if the court does not grant my request for adequate time to engage another counsel of record and for the counsel so engaged to have time to receive and review the case file to get familiar with it.

Therefore, to preserve my due process rights, I pray the court to grant my request for at least 30 days or as such that pleases the court to engage another counsel of record, because Aderonke O. Lipede, Esq., was negligent.

                                                      Plaintiff,

*/s/ Oliver Udemba*

Oliver Udemba
PO Box 230946, Astor Station
Boston, Ma 02123
508 733 2963, 508 620 2963
Justiceudemba@aol.com

Dated:    July 26, 2006