UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSSETTS

| | |
|---|---|
| OLIVER UDEMBA,               )<br>                              )<br>        Plaintiff,            )<br>  v.                          )<br>                              )<br>CUMBERLAND FARMS, INC.        )<br>AND EMILE C. TAYEH,           )<br>                              )<br>        Defendant.            ) | CIVIL ACTION NO:  05 CV 11161 RGS |

**MOTION OF DEFENDANT CUMBERLAND FARMS, INC. FOR RECONSIDERATION OF THE COURT'S ORDER GRANTING IN PART AND DENYING IN PART THE COMPANY'S MOTION FOR ATTORNEYS' FEES.**

Pursuant to Fed.R.Civ.P. 60(b)(6), and LR 7.1, and for the reasons set forth in the accompanying Memorandum of Law, Defendant Cumberland Farms, Inc. ("the Company" or "CFI") moves for reconsideration of the Court's July 27, 2006 Order granting in part and denying in part the Company's motion for attorneys' fees.

DATED at Portland, Maine this 3rd day of August, 2006.

CUMBERLAND FARMS, INC.

By its attorneys,

MOON, MOSS & SHAPIRO, P.A.
Ten Free Street, P. O. Box 7250
Portland, ME  04112-7250
(207) 775-6001

*/s/ Philip J. Moss*
Philip J. Moss

**CERTIFICATE OF SERVICE**

I, Philip J. Moss, attorney for Cumberland Farms, Inc., hereby certify that a paper copy of the Motion of Defendant Cumberland Farms, Inc. for Reconsideration of the Court's Order Granting In Part and Denying In Part the Company's Motion for Attorneys' Fees, electronically filed with the Clerk of Court using the ECF system, has been sent this date by first-class U.S. mail, postage prepaid to the following:

Aderonke O. Lipede, Esq.
434 Massachusetts Avenue, Suite 401
Boston, MA 02118
(BBO # 567431)

and

Oliver Udemba
P. O. Box 230946, Astor Station
Boston, MA 02123

Dated: August 3, 2006

/s/ Philip J. Moss
Philip J. Moss, Esq., BBO# 358020
MOON, MOSS & SHAPIRO, P.A.
Ten Free Street
P. O. Box 7250
Portland, ME 04112-7250
Tel: (207) 775-6001
Fax: (207) 775-6407
pmoss@moonmoss.com