UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11161 RGS

```
*************************************
OLIVER UDEMBA,                       *
   Plaintiff                         *
                                     *
   v.                                *
                                     *
CUMBERLAND FARMS, INC., and          *
EMILE C. TAYEH,                      *
   Defendants                        *
*************************************
```

**NOTICE OF APPEARANCE**

The undersigned hereby enters his appearance on behalf of the plaintiff Oliver Udemba.

                                         Oliver Udemba
                                         By his attorney

*/s/ Scott A. Lathrop*

_____
Scott A. Lathrop, Esq.
Scott A. Lathrop & Associates
122 Old Ayer Road
Groton, MA 01450
(978) 448-8234
BBO No. 287820

Dated: August 13, 2006

Certificate of Service

I, Scott A. Lathrop, hereby certify that I have served the foregoing Notice on the defendants by mailing this day a copy to the last known address of their Attorney of Record.

	*Scott A. Lathrop*
	_____
	Scott A. Lathrop

Dated: August 13, 2006