UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSSETTS

| | |
|---|---|
| OLIVER UDEMBA,           )<br>                          )<br>    Plaintiff,          )<br>  v.                      )<br>                          )<br>CUMBERLAND FARMS, INC.    )<br>AND EMILE C. TAYEH,       )<br>                          )<br>    Defendant.            ) | CIVIL ACTION NO:  05 CV 11161 RGS |

**MOTION OF DEFENDANT CUMBERLAND FARMS, INC. FOR LEAVE
TO SUBMIT REPLY TO PLAINTIFF'S OPPOSITION TO THE COMPANY'S
MOTION FOR RECONSIDERATION, WITH INCORPORATED REPLY**

Pursuant to LR 7.1(b)(3), Defendant Cumberland Farms, Inc. ("the Company" or "CFI") respectfully requests leave to reply to the Plaintiff's Opposition to the Company's motion for reconsideration of the Court's July 27, 2006 Order granting in part and denying in part the Company's motion for attorneys' fees.

In his Opposition to the Company's motion, the Plaintiff relies upon the fact that the EEOC found "reasonable cause" to credit some or all of the allegations in the Plaintiff's charge of discrimination.  However,

> the fact that "an administrative agency has reached a contrary conclusion as to the merits of a plaintiff's case is not in any sense conclusive; nor does it bar the allowance of attorney's fees to a defendant" who has prevailed in a subsequent judicial proceeding.  *See Carrion v. Yeshiva University, 535 F.2d 722* (CA 2, 1976).

*Charves v. The Western Union Telegraph Co.,* 711 F.2d 462, at 464 (1st Cir. 1983).

                        CUMBERLAND FARMS, INC.

                        By its attorneys,

                        MOON, MOSS & SHAPIRO, P.A.
                        Ten Free Street, P. O. Box 7250
                        Portland, ME  04112-7250
                        (207) 775-6001

DATED: August 14, 2006    */s/ Philip J. Moss*
Portland, ME                     Philip J. Moss, BBO# 358020

**CERTIFICATE OF SERVICE**

I, Philip J. Moss, attorney for Cumberland Farms, Inc., hereby certify that a paper copy of the Motion of Defendant Cumberland Farms, Inc. for Leave to Submit Reply to Plaintiff's Opposition to the Company's Motion for Reconsideration, with Incorporated Reply, electronically filed with the Clerk of Court using the CM/ECF system, has been sent this date by first-class U.S. mail, postage prepaid to the following:

> Aderonke O. Lipede, Esq.
> 434 Massachusetts Avenue, Suite 401
> Boston, MA 02118
> (BBO # 567431)

and I understand that the CM/ECF system will send electronic notification of such filing to:

> Scott A. Lathrop, Esq.
> Scott A. Lathrop & Associates
> 122 Old Ayer Road
> Groton, MA 01450
> (BBO No. 287820)

Dated: August 14, 2006

> */s/ Philip J. Moss*
> Philip J. Moss, Esq., BBO# 358020
> MOON, MOSS & SHAPIRO, P.A.
> Ten Free Street
> P. O. Box 7250
> Portland, ME  04112-7250
> Tel:  (207) 775-6001
> Fax:  (207) 775-6407
> pmoss@moonmoss.com